```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

CHARLES EDWARD PACE,            *

     Plaintiff,             *

vs.                             *
                               CASE NO. 4:08-CV-67 (CDL)

BILL MADISON and NAACP,         *

     Defendants.            *


## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 2, 2008 is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff with regard to the filing fee has been considered and is found to be without merit.

IT IS SO ORDERED, this 17th day of June, 2008.

                                      S/Clay D. Land
                                        CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE